IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
(OXFORD DIVISION)

| | |
|---|---|
| VOLVO FINANCIAL SERVICES, <br> a DIVISION OF VFS US LLC, <br><br> Plaintiff, <br><br> v. <br><br> BRADLEY KARL LITTLE and <br> KARL KENARD LITTLE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 3:23-cv-00244-MPM-JMV <br> ) <br> ) <br> ) <br> ) <br> ) |

**AGREED ORDER RESOLVING MOTION TO DISMISS AND ESTABLISHING
DEADLINE FOR DEFENDANTS TO ANSWER**

**HAVING COME** before the Court on consideration of the *Defendants Pro Se Argument Regarding Insufficient Service of Complaint and Motion for Dismissal or Extension of Time* [Dkt. #6] (the "Motion to Dismiss") filed by the *pro se* Defendants, Bradley Karl Little and Karl Kenard Little (collectively, the "Defendants") and, based on the Defendants having subsequently confirmed their authorized agent for service of process to have been, on September 8, 2023, served with copies of the Summonses [Dkt. #4 & #5] and the Complaint [Dkt. #1], and the Defendants, together with the Plaintiff, Volvo Financial Services, a division of VFS US LLC ("Volvo Financial" and together with the Defendants, collectively, the "Parties") having reached an agreed resolution of the Motion to Dismiss, the Court hereby approves the Parties' agreement as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss [Dkt. # 6] is withdrawn with prejudice; and,

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that the Defendants shall each be allowed up to and including **Monday, November 20, 2023**, in which to answer Volvo Financial's *Verified Complaint for Breach of Contract (Guaranty Agreement)* [Dkt. #1].

SO ORDERED, this the 31st day of October, 2023.

_____
HON. MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE

**AGREED AND SUBMITTED BY:**

Bradley Little
_____
BRADLEY KARL LITTLE,
*PRO SE*

Karl Little
_____
KARL KENARD LITTLE,
*PRO SE*

_____
Alan Lee Smith (MS Bar #10345)
BAKER, DONELSON, BEARMAN,
    CALDWELL, & BERKOWITZ, P.C.
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Telephone: 601.351.8932
Facsimile: 301.974.8932
asmith@bakerdonelson.com

*COUNSEL FOR VOLVO FINANCIAL SERVICES,
a DIVISION OF VFS US LLC*

4873-4596-2634v2
2013779-000173