# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

| | |
|---|---|
| **VOLVO FINANCIAL SERVICES, A DIVISION OF VFS US LLC** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO.: 3:23-cv-244-JMV** |
| **BRADLEY KARL LITTLE AND KENARD LITTLE** | **DEFENDANTS** |

## ORDER TO RESPOND

This matter is before the Court because it appears that *pro se* Defendants Bradley Karl Little and Kenard Little have not filed a timely response to Plaintiff's Motion for Summary Judgment [Doc. 19], which was filed on August 26, 2024. The responses were due on or before September 9, 2024.

**IT IS, THEREFORE, ORDERED**:

That the Court will take up and rule on the Plaintiff's Motion for Summary Judgment [Doc. 19] without a response from the *pro se* Defendants if the *pro se* Defendants, Bradley Karl Little and Kenard Little, do not **file a response to the Plaintiff's Motion for Summary Judgment [Doc. 19] on or before October 7, 2024**.

**SO ORDERED,** this 16th day of September, 2024.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**