## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**VOLVO FINANCIAL SERVICES, a DIVISION OF**
**VFS US LLC**                                                    **PLAINTIFF**

**v.**                                                    **Civil Action No. 3:23-cv-244-JMV**

**BRADLEY KARL LITTLE, ET AL.**                                **DEFENDANTS**

### JUDGMENT

For the reasons given in this Court' Order Granting Plaintiff's Motion for Summary Judgment [23] entered on October 15, 2024, the Court hereby enters judgment in favor of Plaintiff, Volvo Financial Services, a Division of VFS US LLC, against Defendants, jointly and severally, in an amount not less than $283,410.94 (the "Judgment Amount"), representing the amounts currently due and owing pursuant to the Finance Documents, the payment of which Defendants personally guaranteed pursuant to the Guaranty, with said Judgment Amount including all attorneys' fees, costs and expenses reasonably incurred by Volvo Financial (as of August 22, 2024), in enforcing and collecting Defendant's obligations owed to Volvo Financial pursuant to the fee-shifting provisions found in the Finance Documents, and with said Judgment Amount to accrue at the contract rate default interest (18.00% *per annum*) from and after this entry of final judgment in favor of Volvo Financial until such time as said final judgment has been satisfied in full.

Volvo Financial is further entitled to entry of final judgment in its favor, dismissing with prejudice all claims, causes of action, or other request for relief of any nature as addressed by the Court herein as having been asserted by Defendants against Volvo Financial in Defendant's

Answer [Dkt. #9], including but not limited to dismissing with prejudice all claims regarding alleged "defects" in the tractor units at issue in this litigation.

      **ORDERED AND ADJUDGED**, this the 15th day of October, 2024.

                      **/s/ Jane M. Virden**
                      **UNITED STATES MAGISTRATE JUDGE**